STEVEN M. WEINBERG (SBN 235581)
COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Tel: (310) 457-6100
Fax: (310) 457-9555
Email: SMWeinberg@cdas.com

Attorneys for Plaintiff
Masterfile Corporation

STEVEN D. HEMMINGER (SBN 110665)
ALSTON & BIRD, LLP
275 Middlefield Rd, Suite 150
Menlo Park, CA, 94025
Tel: (650) 838 2000
Fax (650) 838 2001
e-mail: steven.hemminger@alston.com

Attorneys for Defendant

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>DEAN MCKAY, d.b.a. drdeanmckay.com,<br><br>            Defendant. | Case No. 2:11-CV-00177-MCE-EFB<br><br>**Stipulated Order re Time to Respond to Complaint** |

**IT IS HEREBY STIPULATED AND AGREED,** subject to this court's approval, by the undersigned counsel for Plaintiff Masterfile Corporation ("Masterfile"), Cowan, DeBaets, Abrahams, & Sheppard LLP, and for Defendant DEAN MCKAY, d.b.a. drdeanmckay.com (collectively, "Defendant"), Alston & Bird, LLP, who have accepted service of the Complaint on

1
STIPULATION RE TIME TO RESPOND TO COMPLAINT

behalf of Defendant, that Defendant's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to June 18, 2011.  There have been no previous extensions of time.

| | |
|---|---|
| STEVEN M. WEINBERG (SBN 235581)<br>COWAN, DEBAETS, ABRAHAMS<br>& SHEPPARD LLP<br>30765 Pacific Coast Highway, Suite 411<br>Malibu, California  90265<br>Tel: (310) 457-6100<br>Fax: (310) 457-9555<br>Email: SMWeinberg@cdas.com<br><br>Attorneys for Plaintiff<br>Masterfile Corporation | STEVEN D. HEMMINGER (SBN 110665)<br>ALSTON & BIRD, LLP<br>275 Middlefield Rd, Suite 150<br>Menlo Park, CA, 94025<br>Tel: (650) 838 2000<br>Fax (650) 838 2001<br>e-mail: steven.hemminger@alston.com<br><br>Attorneys for Defendant |
| Dated: May 12, 2011 | Dated: May 12, 2011 |
| By: _____/s/_____<br>     Steven M. Weinberg | By: _____/s/_____<br>     Steven D. Hemminger |

**IT IS SO ORDERED.**

**Dated:  May 18, 2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE